No. 368. Ex parte LUIS SAMALEA IGLESIAS, NOTARIO PÚBLICO.—Solicitud de la National Surety Company para que se

dé por terminada la fianza notarial No. 2149 otorgada en enero 21, 1913. Resuelto en abril 24, 1914. Se da por terminada dicha fianza notarial a partir del 24 de junio de 1914. La compañía peticionaria compareció por escrito por medio de su Agente General Sr. Harry F. Besosa.